## SCREAMING EAGLE AIR, LTD. v. AIRPORT COMM. OF FORSYTH COUNTY

No. 61P90

Case below: 97 N.C.App. 30

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## SELLERS v. HIGH POINT MEM. HOSP.

No. 104P90

Case below: 97 N.C.App. 299

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## SHREVE v. DUKE POWER CO.

No. 162P90

Case below: 97 N.C.App. 648

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990. Petition by defendant (Lewis Stultz) for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## SMITH v. SELCO PRODUCTS, INC.

No. 570P89

Case below: 96 N.C.App. 151

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## STATE v. BROWN

No. 91P90

Case below: 97 N.C.App. 333

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.